IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SARAH HOUSTON,

                                  Plaintiff,

          v.                                                                    ORDER

ANDREW SAUL,                                                          20-cv-598-jdp

                                  Defendant.

---

Pro se plaintiff Sarah Houston filed this lawsuit seeking review of a final decision denying her claim for disability insurance benefits under the Social Security Act. Her brief in support of her appeal was due February 1, 2021, but she did not file one. The court gave Houston until May 7, 2021, to file a brief in support of her appeal and warned her that her case would be dismissed for her failure to prosecute it if she did not respond. Dkt. 21. The deadline has passed, and the court has received nothing from Houston. Accordingly, I am dismissing this case without prejudice for plaintiff's failure to prosecute it. *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) ("A district court has the authority under Federal Rule of Civil Procedure 41(b) to enter a sua sponte order of dismissal for lack of prosecution.").

ORDER

IT IS ORDERED that plaintiff Sarah Houston's appeal is DISMISSED without prejudice for her failure to prosecute it. The clerk of court is directed to enter judgment for defendant and close this case.

Entered May 18, 2021.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge

2