IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SARAH HOUSTON,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　Case No.  20-cv-598-jdp

ANDREW SAUL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case without prejudice.

| /s/ | 5/18/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |